## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**RONIZE BERNARDI,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:06-cv-1374-Orl-19KRS**

**BENZER ENTERPRISE, INC., MONNICA
A. NANDU, ARVIND NANDU,**

        **Defendants.**

_____

### REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after oral argument on the following motion filed herein:

| |
|---|
| **MOTION:**    **NOTICE OF SETTLEMENT (Doc. No. 24)** |
| **FILED:**       **February 15, 2007** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

This case was brought under the Fair Labor Standards Act (FLSA).  29 U.S.C. § 201, *et seq.*

In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh

Circuit explained that claims for back wages under the FLSA may only be settled or compromised

when the Department of Labor supervises the payment of back wages, or when the district court enters

a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

On March 30, 2007, I held a hearing to consider the fairness of the settlement.  Counsel stated

that Plaintiff Ronize Bernardi has moved out of the country and is no longer interested in prosecuting

this case.   Because the parties' settlement is a result of Benardi's desire to end the litigation, I

conclude that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA

provisions." *Id.* at 1354.

Accordingly, I respectfully recommend that the Court approve the settlement agreement, doc.

no. 27-2, and dismiss the case with prejudice.  I also recommend that the Court direct the Clerk to

close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking

the factual findings on appeal.

Recommended in Orlando, Florida on March 30, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy