**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RONIZE BERNARDI,

    Plaintiff,

vs.                                          CASE NO. 6:06-CV-1374-ORL-19KRS

BENZER ENTERPRISE, INC.,
MONNICA A. NANDU, ARVIND
NANDU,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 31, filed March 30, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 31) is **ADOPTED and AFFIRMED.** The Notice of Settlement (Doc. No. 24, filed February 15, 2007 is **GRANTED.** The Settlement Agreement at Docket Number 27 (filed March 7, 2007) is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   19th   day of April, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record